ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JOSE LUIS CABRERA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5029 OWW |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND ORDER THEREON |
| vs. | |
| JOSE LUIS CABRERA-MENDOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, Jose Luis Cabrera-Mendoza, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the hearing now set for Monday, May 21, 2007, be continued to Monday, July 23, 2007, at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1)     Title 18, United States Code, Section 3161(h)(8)(A) --  that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

(2)   Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 16, 2007

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
Jose Luis Cabrera-Mendoza

Dated:  May 16, 2007

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for May 21, 2007 is vacated and continued to Monday, July 23, 2007 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:  May 17, 2007

                                            /s/ Oliver W. Wanger  
                                      Honorable Oliver W. Wanger  
                                      United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com