Anthony P. Capozzi, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711-3718
(559) 221-0200
(559) 221-7997 Fax
capozzilaw@aol.com

Attorney for Defendant,
JOSE LUIS CABRERA-MENDOZA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>JOSE LUIS CABRERA-MENDOZA,<br><br>            Defendant | Case No.: 04-CR-5029 OWW<br><br>STIPULATION AND ORDER TO<br>CONTINUE SURRENDER DATE |

   IT IS HEREBY STIPULATED between the Defendant, JOSE LUIS CABRERA-MENDOZA, and his attorney of record, ANTHONY P. CAPOZZI, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya that the surrender date of the Defendant, JOSE LUIS CABRERA-MENDOZA be continued for a period of 30 days.

   The Defendant's new surrender date shall be Monday, August 16, 2010.

Respectfully submitted,

Dated: July 9, 2010

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant
JOSE LUIS CABRERA-MENDOZA

Dated: July 9, 2010

    /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

IT IS SO ORDERED. Good cause having been shown, the surrender date of Monday, July 12, 2010 shall be extended to Monday, August 16, 2010 by 2:00 p.m. for the Defendant, JOSE LUIS CABRERA-MENDOZA.

Dated:  July 9, 2010                 /s/ OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com